Eastern District of Kentucky
F I L E D
JUL 21 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### _____ DIVISION at _____

CIVIL ACTION NO. _____ (Court Clerk will supply)

Denver McFadden
  PLAINTIFF

VS:

Bureau of Prisons et al
Ashland Federal Correctional (do not use "et al.",
                    Facility  enter full names)

Lt. Jennes (John Doe, full name)
Officer Damron (John Doe Full name)
    DEFENDANTS  Director of Medical Services Baier (John Doe full name)
                Counselor (Unit G) Nicely (John Doe full name)

Demand for Jury Trial:
Yes ( x ) No ( __ )

I.  **Plaintiff:**

   A. Name (list any aliases): Denver McFadden

   B. Prisoner ID #: 20a1553  Check one: Convicted _____ Pretrial Detainee Payrolee

   C. Place of present confinement: Fishkill Correctional Facility

   D. Address: PO Box 1295, Beacon, NY 12508

II. **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

   A. Defendant's Name: Bureau of Prisons, Ashland Federal Correctional Institutional Facility
      Title or Position: Lieutanant Jennes (John Doe, full name)
      Place of Employment: Ashland Federal Correctional Institution Facility, Ashland, K

   B. Defendant's Name: Counselor Nicely (John Doe, (full name)
      Title or Position: Counselor Unit G
      Place of Employment: Ashland Federal Correctional Institution Facility, Ashland, Kentucky

Page 1 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Officer Damron (John Doe, full name)
Title or Position: Officer, C/O
Place of Employment: Ashland Federal Correctional Institution, Ashland Kentucky

D. Defendant's Name: Mr. Baier (John Doe full name)
Title or Position: Director of Health Services
Place of Employment: Ashland Federal Correctional Institution

E. Defendant's Name: Ms. Whitson (Jane Doe, full name)
Title or Position: Medical Provider
Place of Employment: Ashland Federal Correctional Institution

### III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes. 28 U.S.C. §1331 Pursuant to Bivens v. Unknown Narcotics Agents, 403 U.S. 388 (1971)

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

A pattern and prevalance of harrassment, disrespect, cruelty and traumatization existed on November 20, 2018 until I left there on August 26, 2020. I intend to list below defendants, dates and names with descriptions of their abuse of me, negligence, medical indifference, and intentional cruelty. Mr. Baier and Ms. Whitson ignored my request for accomodations under A.D.A. (American Disability Act). No committee or treatment plan was ever developed despite my specific request for help outlined in A.D.A.. (see exhibit Psy.Docs, 7-17-20, 7-21-20, exhibit M, M1A, exibit M3, exhibit M-2, exhibitM-4) The defendants constantly showed of disrespect of me due to my charges, my disabilities, and my request to be treated with respect as the Bureau of Prisons indicates in it's

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action
November 22, 2018 to August 25, 2020.

Mission Statement. Their total disregard of my disabilities under the Americans for Disabliity Act and their continual torture of me mentally and traumatizing me severely up to a by Lt. Jennes that "I return to my Unit and take my own life in order to have any measure of respecy from him or any any staff member at the institution". I intend to provide witness affadavits of John Doe inmates to prove this in front of a Jury. This so traumatized me emotionally and Mentally contributed to my childhood abuse, dysfuntional violent family causing recurring PTSD, night terrors, severe anxiety and negative impacts on my Medical issues such as high blood pressure and coronary artery heart disease. The defendants careless behavior ignored my Medical History in my files showing complete and utter negligence of my Human Rights as an inmate. I was under their care and control as agents of the Bureau of Prisons with them showing cavalier and heavy handed Medical Indifference and Negligence addressing my needed care.

B. When did these events happen?   See page 3A continued.

Nov. 22, 2018 to August 25, 2020

page 3A

On 7-16-20, Lt. Jennes called me over to him an another Officer while my Unit G was traversing to pick up a "grab and go lunch" of chicken. In front of other inmates, he asked me, "why do you think I should respect you?" (This came from a previous complaint I had made against him to Warden Beard regarding his cruel and heavy handed approach to my wanting to walk and exercise in the hallway for heart rehabilitation during the lockdown. I was

by him very rudely I could not be in the hall even during our time allowed out of our cells to shower, walk and use the phone.) My answer to above question was "because the Mission Statement clearly states that inmates should be respected by Staff". His answer was "I will never respect you and neither will any staff member here because you messed with Minors". I responded, "sir I don't think we should be here in front of other inmates discussing my charges openly like this. May I return to my Unit? I was literally shaking, trembling, my whole body as I returned to my Unit with depression, great anxiety and Mental anguish. I could not eat but sent the attached memo to Warden Beard (see exhibit Jennes 1A,1B,2-pp.1-4). I had also filed complaint against Mr.Nicely, my Unit Counselor for confrontational provoking language toward me for my charges. (See exhibit Nicely 1,M1). Both Lt. Jennes and Mr.Nicely,Counselor had verbally abused me and Mr.Nicely told me he would "NEVER RESPECT"me and slammed the Unit door in my face causing a nosebleed. He does not act in anyway like a Counselor, but a raving lunatic tryant making statements like "get out of my Office, get out of my face (very loudly". He also use degrading and provoking language to me and others frequently, like "FUCK YOU, YOU FUKING IDIOT, YOU FUCKING PERVERT". Both of these people (Jesses and Nicely) became our Judge, Jury, and Executioner. They including Officer Damron had no regard to their jobs and assignments by the Bureau of Prisons to give professional respect to all inmates even including Sex Offenders who they even treated with more contempt, anger, rage, provoking and confrontational behavior. Both threatened me and traumatized me placing me in fear of my life causing me massive trauma mentally. (see exhibitPsychology 1,2,3,4).

Furthermore, I request a Jury trial to hear my claims of tort relief. This was a prevailing attitude I experienced at Ashland Federal Correctional Institution from the several staff members I have mentioned previously. They traumatized to the point of fearing for my life and causing me to have to use my "under the tongue nitroglycern". My anxiety was off the charts. I feared for my health and safety. I began to have PTSD from Lt.Jennes' remarks to me. When he told me as a LT. Officer I should go back to my Unit and take my life, I began to wonder if he was right "that I was scum,did not deserve to live or breathe and that I was the lowest form of human life". I have an affadavit witness that was an inmate that will appear in my behalf and confirm hearing his remarks. I have others that will verify other staff members conversations and statements as well. As we start discovery it will become evident and apparent that this environment does truely exist at Ashland FCI. These recurring night terrors since these dates continue today causing me pain and agony of reliving over and over. I can hear their voices actually speaking to me putting me back to the trauma. I am sure I will have to receive therapy the remainder of my life for this trauma. These are permanent injuries that I will later submit expert testimony from my Pschiatrist and Therapist outlining the damages I have suffered.

I continue to have violent dreams, flashbacks,severe major depression, tremors, restless leg and body syndrome. Medication changes and heavier dosages have been necessary to treat my affliction caused by these defendants. I will outline all this at trial. All of this stems from damage done by the treatment under their care and control and the Medical Neglect and Medical Indifference I suffered.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

All of these events happened at Ashland Federal Correctional Institution, Ashland, Kentucky (PO Box 6000).

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

The United States Constitution Article 4 with regard to "cruel and unusual punishment". The Federal American Disability Act, the Equal Protection Clause and Due Process of Law clause in the 14 Amendment of the Constitution including Substantative Dye Process.

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES ( x )  NO (___)

2. If so, did you (check **ALL** that apply):
   - __x__ file a request or appeal to the Warden         __7-16-20__ date
   - __x__ appeal to the Regional Director                __2-24-20__ date
   - __x__ appeal to the Office of General Counsel        __7-28-20__ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

4. What was the result? <ins>The grievances were not replied to (ignored) while some were denied, see exhibits: M4, M3, 1A, 1B Jennes, Jennes2, Exhibit L, M.A, MAb, M-1, PSYDoc 1:2;3;4, M, AA, Med 4, Med. W Letter</ins>

5. If you did not file a grievance, why not? <ins>I was threatened by Staff Members not to file grievances or it would be worse on me if I did (Nicely and Unit Manager).</ins>

B. **State Prisoners** answer the following: (Federal Only)

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?  YES (___) NO (___)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   _____ file a grievance and seek an informal resolution _____ date
   _____ request a hearing from the Grievance Committee _____ date
   _____ appeal to the Warden _____ date
   _____ appeal to the Commissioner _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (___) NO (___) _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

5. If you did not file a grievance, why not? _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:   (Federal Only)

1. Is there a grievance/appeal policy at your jail?   YES ( __ )   NO ( __ )
2. ATTACH a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

   _____

   _____

3. Did you file a grievance regarding these facts?   YES ( __ )   NO ( __ )
4. If you filed a grievance:

   a. What steps did you take to use the grievance process?  _____

   _____

   _____

   _____

   _____

   b. What was the result?  _____

   _____

   _____

   c. If unsuccessful, did you file an appeal?   YES ( __ )   NO ( __ )

   d. What was the result?  _____

   _____

   e. Did you take any further steps in the grievance process?

   YES ( __ )   NO ( __ )   NO MORE AVAILABLE ( __ )

   f. What was the result?  _____

   _____

5. If you did not file a grievance, why not?:  _____

   _____

   _____

   _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES ( ) NO ( X )

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

   1. PARTIES:

   Plaintiff: _____

   Defendant(s): _____

   2. COURT: (name the district for a federal court, or the county for a state court)

   _____

   3. CASE NO.: _____  DATE FILED: _____

   4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

   _____

   5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

   1. Plaintiff Denver McFadden vs. Defendant(s) NYPD, et al.
      Court Name: Southern District of NY    Case No.: 1:19-CV-05508-VSB
      Nature of Claim: Tort Claim-Medical Injury    Date Filed: 11-21-19 and (6-19-19)
      Outcome: Pending    Date: 6-27-19

   2. Plaintiff _____ vs. Defendant(s) _____
      Court Name: _____    Case No.: _____
      Nature of Claim: _____    Date Filed: _____
      Outcome: _____    Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim. I want the Court to approve my tort claims for punitive damages from the Bureau of Prisons for $750,000, Lt. Jennes in the amount of $250,000. Officer Damron in the amount of $200,000, Counselor Nicely in the amount of $200,000, Medical Director Baier in the amount of $50,000, and my Medical Provider Ms. Whitson in the amount of $25,000.

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Denny McJudde_    20A1553    7-15-21
Signature of Plaintiff    Prison ID#    Date

Plaintiff's Address: Fishkill Correctional Facility
PO Box 1245 Beacon, NY 12508

Page 8 of 8

Subscribed and sworn before me this 15th day of July, 2021.

_____
NOTARY

[Notary seal: Jessica Starsiak, Notary Public, State of New York, Qualified in Orange County, Commission Expires 09/30/2023]